JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ASSET DEFAULT MANAGEMENT, INC., et al.,<br><br>　　　　　Defendants. | No. CV 24-5253-DMG (JCx)<br><br>**JUDGMENT** |

On June 13, 2025, this Court having granted Defendants Jeffry Scapa and Asset Default Management, Inc.'s motion to dismiss without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Nadine White and that this action is dismissed without prejudice. Defendants are awarded attorneys' fees in the amount of $13,160.

DATED: June 13, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1